AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TODD PERRY PUTNAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:14-CV-118-D** |

**Decision by the Court.**

    IT IS ORDERED AND ADJUDGED that in accordance with the court's order entered on September 24, 2014, the judgment of the bankruptcy court is AFFIRMED.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 24, 2014**, AND A COPY MAILED TO:

Travis Philip Sasser (via CM/ECF electronic notice)
Neal Fowler (via CM/ECF electronic notice)
William B. Russell (via CM/ECF electronic notice

September 24, 2014                        JULIE A. RICHARDS, Clerk
Date                                       *Eastern District of North Carolina*

                                                       /s/ Susan W. Tripp
*New Bern, North Carolina*                     *(By) Deputy Clerk*